# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Angelica Peguero aka Angelica Vasquez<br>　　　　　　　　　Debtor | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE6<br>　　　　　　　　　Movant<br>　　vs. | NO. 15-13216 REF<br><br>11 U.S.C. Sections 362 and 1301 |
| Angelica Peguero aka Angelica Vasquez<br>　　　　　　　　　Debtor<br><br>Frederick L. Reigle Esq.<br>　　　　　　　　　Trustee | |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on January 9, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: March 22, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list