United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angelica Peguero  
       Debtor

Case No. 15-13216-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Mar 22, 2017  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.  
db          Angelica Peguero,    145 Susquehanna Trl,    Allentown, PA  18104-8582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2017 at the address(es) listed below:  
         DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al. bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com  
         LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         LYNN E. FELDMAN    on behalf of Debtor Angelica Peguero feldmanfiling@rcn.com  
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                   TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Angelica Peguero aka Angelica Vasquez<br>　　　　　　　Debtor | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE6<br>　　　　　　　Movant<br>　　　vs. | NO. 15-13216 REF |
| Angelica Peguero aka Angelica Vasquez<br>　　　　　　　Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.<br>　　　　　　　Trustee | |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on January 9, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: March 22, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list