United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-13216-ref
Angelica Peguero                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 2              Date Rcvd: Aug 31, 2017
                            Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
```
db              Angelica Peguero,    145 Susquehanna Trl,    Allentown, PA 18104-8582
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13523683       +Bank 0f America,    7105 Corporate Drive, Ptx B-209,    Plano, TX 75024-4100
13523687       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13523688        Nation Star Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
13617193       +Nationstar Mortgage LLC, et al,    Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
13810757       +Nationstar Mortgage LLC, et al,    PO Box 619096,    Dallas TX 75261-9096
13523690        Shapiro And Denardo LLC,    3600 Horizon Dr Ste 150,    King of Prussia, PA 19406-4702
13576986       +U.S. Bank National Association,    Nationstar Mortgage, LLC,    PO BOX 619096,
                 Dallas, TX 75261-9096
13523692        Upper Macungie Township,    8330 Schantz Rd,    Breinigsville, PA 18031-1510
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Sep 01 2017 02:13:38     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13541439       +E-mail/Text: g20956@att.com Sep 01 2017 02:14:19     AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13523681        E-mail/Text: aschantz@davisonmccarthy.com Sep 01 2017 02:13:33     Andrew Schantz, Esq.,
                 1146 S Cedar Crest Blvd,    Allentown, PA 18103-7938
13523682        E-mail/Text: g20956@att.com Sep 01 2017 02:14:19     At&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
13523684        E-mail/Text: banko@berkscredit.com Sep 01 2017 02:12:55     Berks Credit & Collection,
                 PO Box 329,    Temple, PA 19560-0329
13523685        E-mail/PDF: creditonebknotifications@resurgent.com Sep 01 2017 02:09:06     Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
13523686        E-mail/Text: electronicbkydocs@nelnet.net Sep 01 2017 02:13:32     Dept Of ED/Nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
13621164        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2017 02:17:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13569004        E-mail/Text: electronicbkydocs@nelnet.net Sep 01 2017 02:13:32     Nelnet,
                 3015 S Parker Rd Ste 400,    Denver, CO 80014-2904
13589464       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 01 2017 02:13:42     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13523691       +E-mail/Text: bankruptcy@sw-credit.com Sep 01 2017 02:13:30     SW Credit Systems,
                 4120 International Pkwy Ste 100,    Carrollton, TX 75007-1958
13523689       +E-mail/Text: electronicbkydocs@nelnet.net Sep 01 2017 02:13:32     US Department of Education,
                 c/o Nelnet,    3015 South Parker Road, Suite 400,    Aurora CO 80014-2904
                                                                                              TOTAL: 14
```

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4            User: Lisa                   Page 2 of 2                  Date Rcvd: Aug 31, 2017
                                Form ID: pdf900              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:

```
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, As Trustee et.
               al. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Angelica  Peguero feldmanfiling@rcn.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ANGELICA PEGUERO
                                                    : Bankruptcy No. 15-13216REF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                    BY THE COURT

**Date: August 31, 2017**

                                                    _____
                                                    Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

LYNN E FELDMAN ESQ
FELDMAN LAW OFFICES PC
221 N CEDAR CREST BLVD
ALLENTOWN PA 18104-

ANGELICA PEGUERO
145 SUSQUEHANNA TRL
ALLENTOWN,PA.18104-8582