**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION**

IN RE: ANGELICA PEGUERO  :  Bankruptcy No. 15-13216-REF
:
:
Debtor  :  Chapter 13

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

AND NOW, upon consideration of the Motion of Debtor's attorney, Lynn E. Feldman, Esquire, it is hereby ORDERED that unclaimed funds in the amount of $637.00 are due to the Debtor. That the Clerk of the Bankruptcy Court shall make payment to the Debtor in the amount of $637.00, payable to the order of Angelica Peguero, and send to 221 N. Cedar Crest Boulevard, Allentown, PA 18104 .

**Date: November 20, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge