**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION**

IN RE: ANGELICA PEGUERO       :      Bankruptcy No. 15-13216-REF
                                     :
                                     :
           Debtor          :      Chapter 13

**AMENDED ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

AND NOW, upon consideration of the Motion of Debtor's attorney, Lynn E. Feldman, Esquire, it is hereby ORDERED that unclaimed funds in the amount of $637.00 are due to the Debtor. That the Clerk of the Bankruptcy Court shall make payment to the Debtor in the amount of $637.00, payable to the order of Angelica Peguero, and send to 145 Susquehanna Trail, Allentown, PA 18104.

DATED:                        _____

                                         Richard E. Fehling
                                         United States Bankruptcy Judge