United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-13216-ref
Angelica Peguero                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1            Date Rcvd: Nov 20, 2017
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db              Angelica Peguero,     145 Susquehanna Trl,    Allentown, PA  18104-8582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON   on behalf of Creditor    U.S. Bank National Association, As Trustee et.
           al. bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          KEVIN S. FRANKEL   on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
          LEEANE O. HUGGINS   on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN   on behalf of Debtor Angelica  Peguero feldmanfiling@rcn.com
          THOMAS I. PULEO   on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 8

**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DIVISION OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: ANGELICA PEGUERO | : | Bankruptcy No. 15-13216-REF |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

AND NOW, upon consideration of the Motion of Debtor's attorney, Lynn E. Feldman,

Esquire, it is hereby ORDERED that unclaimed funds in the amount of $637.00 are due to the

Debtor. That the Clerk of the Bankruptcy Court shall make payment to the Debtor in the amount

of $637.00, payable to the order of Angelica Peguero, and send to 221 N. Cedar Crest

Boulevard, Allentown, PA 18104 .

**Date: November 20, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge