United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Angelica Peguero   
       Debtor

Case No. 15-13216-ref   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Nov 28, 2017   
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.   
db         Angelica Peguero,   145 Susquehanna Trl,   Allentown, PA 18104-8582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****   
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:   
         DENISE ELIZABETH CARLON   on behalf of Creditor   U.S. Bank National Association, As Trustee et. al. bkgroup@kmllawgroup.com   
         FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com   
         KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC, et al pa-bk@logs.com   
         LEEANE O. HUGGINS   on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com   
         LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com   
         LYNN E. FELDMAN   on behalf of Debtor Angelica  Peguero feldmanfiling@rcn.com   
         THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association, As Trustee et. al. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com   
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov   
         TOTAL: 8

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION**

IN RE: ANGELICA PEGUERO             :        Bankruptcy No. 15-13216-REF
                                    :
                                    :
        Debtor                      :        Chapter 13

**AMENDED ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

AND NOW, upon consideration of the Motion of Debtor's attorney, Lynn E. Feldman, Esquire, it is hereby ORDERED that unclaimed funds in the amount of $637.00 are due to the Debtor. That the Clerk of the Bankruptcy Court shall make payment to the Debtor in the amount of $637.00, payable to the order of Angelica Peguero, and send to 145 Susquehanna Trail, Allentown, PA 18104.

DATED: **Date: November 27, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge